PS 8
(8/88)

# United States District Court
### for
## SOUTHERN DISTRICT OF CALIFORNIA


FILED
APR - 5 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

U. S. A. vs. SALDANA, VERONICA      Docket No. 07CR0679BEN-001

### Petition for Action on Conditions of Pretrial Release

Comes now Arturo Montano Pretrial Services Officer presenting an official report upon the conduct of defendant Veronica Saldana who was placed under pretrial release supervision by the Honorable Peter C. Lewis sitting in the court at El Centro, on the 20th day of February, 2007, under the following conditions:

**General Conditions:** Not commit a federal, state, or local crime during the period of release and make all court appearances.

**Special Conditions:** Restrict travel to Southern District of California; do not enter Mexico; report for supervision to the Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; actively seek and maintain full-time employment, schooling, or combination both; and submit to treatment and/or testing for as specified by the Pretrial Services Officer for drug or alcohol abuse.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
**Condition Violated:** Not possess or use any narcotic drug or controlled substance without a lawful medical prescription.

1. The urinalysis sample provided by the defendant on March 26, 2007, confirmed positive for methamphetamine/amphetamine.

**Grounds for Violation:** I received and reviewed written laboratory notification from Kroll Laboratory which confirms that the urine sample provided by the defendant on March 26, 2007, tested positive for methamphetamine/amphetamine.

**Condition Violated:** Report for supervision to Pretrial Services as directed by the assigned Pretrial Services Officer.

2. The defendant failed to report to Pretrial Services as directed on March 21, 2007, and April 3, 2007.

**Grounds for Violation:** On March 6, 2007, the defendant signed reporting instructions directing her to report to the Pretrial Services Office after every court appearance. The defendant failed to report as directed on March 21, 2007, and April 3, 2007.

PRAYING THAT THE COURT WILL SCHEDULE AN ORDER TO SHOW CAUSE HEARING ON APRIL 12, 2007, AT 1:30 P.M. TO ALLOW THE DEFENDANT TO SHOW CAUSE WHY HER BOND SHOULD NOT BE REVOKED.

ORDER OF COURT

Considered and ordered this 5th day of April, 2007 and ordered filed and made a part of the records in the above case.

_____
U. S. Magistrate Judge, Peter C. Lewis

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 5, 2007

Respectfully, _____
Arturo Montano, U.S. Pretrial Services Officer AM for bHK

Place    El Centro, California
Date    April 5, 2007